RECEIVED
IN LAFAYETTE, LA.
JAN 24 2012
TONY R. MOORE, CLERK
BY_____
     DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RODMIL SELMON (A 040 135 691) | CIVIL ACTION NO. 11-CV-0542 "P" |
| VERSUS | JUDGE HAIK |
| WARDEN VIATOR, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and in the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the government's motion to dismiss (Rec. Doc. 14) is GRANTED, and Rodmil Selmon's petition for writ of *habeas corpus* (Rec. Doc. 1) is DISMISSED WITHOUT PREJUDICE as moot.

Signed at Lafayette, Louisiana, this ___ day of _____, 2012.

Richard T. Haik
United States District Judge